# NOTICE OF SERVICE

The undersigned counsel of record certifies that a copy of the Petition for Writ of Mandamus was furnished pursuant to Federal Rule of Appellate Procedure 25(d) via email this 30th day of September 2025 to the following:

Hon. Aileen Cannon
District Judge of the United States District Court, Southern District of Florida
cannon@flsd.uscourts.gov

John S. Irving, IV
Counsel for Carlos De Oliveira
john.irving@earthandwatergroup.com

Larry Donald Murrell, Jr.
Counsel for Carlos De Oliveira
ldmpa@bellsouth.net

Richard C. Klugh
Counsel for Waltine Nauta
rickklu@aol.com

Michael D. Porter
Counsel for the United States of America
michael.porter2@usdoj.gov

Scott Wilkens
Counsel for Knight First Amendment Institute
scott.wilkens@knightcolumbia.org

> /s/ Loree Stark
> Loree Stark
> AMERICAN OVERSIGHT
> 1030 15th Street NW, B255
> Washington, DC 20005
> Tel: (304) 913-6114
> loree.stark@americanoversight.org
>
> *Attorney for Petitioner*